PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
MATTHEW P. SULLIVAN (State Bar No. 136076)
matthew.sullivan@mcnamaralaw.com
DANIEL R. MAYER (State Bar No. 300077)
daniel.mayer@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
639 Kentucky Street,
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendant
BARBARA ANDRES and CECIL TAYLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIN OLFATI,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>    Defendants. | Case No. 2:23-CV-02547-JDP<br><br>**~~PROPOSED~~ ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed:  11/6/2023 |

The Application of Defendants BARBARA ANDRES and CECIL TAYLOR for an Order Extending Time to Respond to Plaintiff's Complaint, points and authorities having been submitted in support thereof, the Court having received evidence, and good cause appearing therefor,

IT IS HEREBY ORDERED:

///

///

///

///

~~PROPOSED~~ ORDER RE DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

Defendants BARBARA ANDRES and CECIL TAYLOR'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT IS GRANTED **in part**. They shall respond to the Complaint in any manner prescribed by law no later than ~~January 26, 2024~~ **January 12, 2024**.

IT IS SO ORDERED.

Dated:    December 8, 2023            _____
                                      JEREMY D. PETERSON
                                      UNITED STATES MAGISTRATE JUDGE