1  JEREMY J. SCHROEDER – SBN 223118
   JASON W. SCHAFF – SBN 244285
2  NICOLE M. LOW – SBN 321429
   WENDY A. GREEN – SBN 192584
3  **SCHROEDER SCHAFF & LOW, INC.**
   2205 Plaza Drive, Suite 225
4  Rocklin, CA 95765
   Telephone: (916) 672-6558
5  Facsimile:  (916) 672-6602

6
   Attorneys for defendant,
7  MIEKE LISUK née SMYTHE

8                    UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                                * * *

11 | PARVIN OLFATI | **CASE NO. 2:23-cv-02547-JDP** |
|---|---|
12 |                Plaintiff, | *Complaint filed:10/24/24*<br>*Trial Date: not set* |
13 |     vs. | |
14 | CITY OF SACRAMENTO; CITY OF SACRAMENTO POLICE OFFICER GARCIA-HERRERA (badge # 309); CITY OF SACRAMENTO POLICE OFFICER PINCIN (badge # 456); CITY OF SACRAMENTO POLICE OFFICER DIONNE (badge # 395); CITY OF SACRAMENTO POLICE OFFICER KORBS (badge # 384); CITY OF SACRAMENTO SUPERVISORY POLICE OFFICER BEAL (badge # unknown); CITY OF SACRAMENTO POLICE OFFICER SPENCER (badge # 692); CITY OF SACRAMENTO POLICE OFFICER JOHN D"ARCY or DARCY (badge #618); CITY OF SACRAMENTO POLICE OFFICER CHRIS BAPTISTA (badge # 3030): CITY OF SACRAMENTO POLICE OFFICER ALEXANDRA KONECNI (badge # 0418); CITY OF SACRAMENTO POLICE OFFICER MARIO VALENZUELA (badge # 0855); CITY OF SACRAMENTO POLICE OFFICER DEMPSEY LYDON (badge # 662); CITY OF SACRAMENTO POLICE OFFICER ROWAN JENSEN (badge # 0381); CITY OF SACRAMENTO POLICE OFFICER BALWANT JAGUR (badge # 0479); CITY OF SACRAMENTO POLICE OFFICER BIANCA BRAU (badge # 0928); CITY OF SACRAMENTO POLICE OFFICER MARYNA | **[PROPOSED]** ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

STANIONIS (badge #0597);

CITY OF SACRAMENTO POLICE OFFICER DEFENDANTS ROE/DOE ONE, ROE/DOE TWO, ROE/DOE THREE, ROE/DOE FOUR ROE/DOE FIVE, ROE/DOE SIX, ROE/DOE SEVEN;

STEVEN MAVIGLIO; BARBARA ANDRES; CECIL TAYLOR; THOMAS JAMES O"BRIEN; MIEKE SMYTHE/MIEKE LISUK,

               Defendants,

After review of Defendant, MIEKE LISUK's, Ex Parte Application for an Extension of Time to Respond to the First Amended Complaint and the attached stipulation, the Court rules as follows:

Mieke Lisuk's requested 21-day extension to file a responsive pleading is granted. Mieke Lisuk's responsive pleading shall be filed and served on or before December 13, 2024.

IT IS SO ORDERED.

Dated:   December 2, 2024

                                       JEREMY D. PETERSON
                                       UNITED STATES MAGISTRATE JUDGE