1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PARVIN OLFATI,                                     Case No.  2:23-cv-2547-JDP

12                     Plaintiff,

13           v.                                          ORDER

14    CITY OF SACRAMENTO, *et al.*,

15                     Defendants.

16

17

18          Plaintiff Parvin Olfati has filed a civil rights complaint against the City of Sacramento,

19    various Sacramento police officers, and several of plaintiff's neighbors, alleging violations of her

20    First and Fourth Amendment rights.  Pending before the court are four motions to dismiss, ECF

21    Nos. 73, 75, 76, & 95; plaintiff's motion for sanctions, ECF No. 92; and defendant O'Brien's

22    motion for sanctions, ECF No. 88.

23          On March 12, 2025, the court ordered the parties to participate in a settlement conference

24    with Judge Cota on April 7, 2025.  ECF No. 110.  On March 18, 2025, Judge Cota issued an order

25    vacating the settlement conference, noting that plaintiff is "unavailable for an undetermined

26    period of time due to her confinement at Napa State Hospital beginning on March 11, 2025."  *See*

27    ECF No. 224 in case no. 2:21-cv-0606-CKD."  ECF No. 115.

28

                                                  1

A review of the docket in *Olfati v. City of Sacramento*, 2:21-cv-0606-CKD shows that the parties filed a joint motion to stay that action. Therein, the parties state that "Plaintiff has been made unavailable for an undetermined period of time as the result of her recent confinement to Napa State Hospital on March 11, 2025, ordered in Sacramento Superior Court Case No. 24FE001631. As such, Plaintiff is unable to personally appear in this matter until such time as the issues of her confinement in that case may be resolved by Plaintiff's Counsel." ECF No. 224 (2:21-cv-0606-CKD). The parties jointly agreed to stay that case until plaintiff's confinement has been resolved. *Id.* Judge Delaney granted the motion, stayed the case, and ordered the parties to file a status report either upon plaintiff's release or within six months, which occurs first. ECF No. 226 (2:21-cv-0606-CKD).

In light of plaintiff's recent confinement and unavailability to participate in a settlement conference, addressing the pending motions to dismiss and for sanctions at this time may potentially waste the court's limited judicial resources. The court will therefore stay this case until plaintiff's release to allow the parties to participate in a settlement conference. The court will also deny the pending motions without prejudice to renewal upon completion of the settlement conference.

Accordingly, it is hereby ORDERED that:

1. This matter is stayed pending further court order.

2. The parties shall file a joint status report upon plaintiff's release from confinement or within six months from the date of this order, whichever occurs first.

3. All pending motions, ECF Nos. 73, 75, 76, 88, 92, & 95, are denied without prejudice.

4. Upon plaintiff's release, the court will issue an order setting a settlement conference. If a settlement is not reached, the parties may renew their motions.

IT IS SO ORDERED.

Dated:    May 22, 2025                          _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE

2