Michael Tsivyan, Esq. [SBN 322003]
LAW OFFICES OF MICHAEL TSIVYAN
500 East Hamilton Ave. #1019
Campbell, CA 95008
Telephone: (408) 887-6739
Email: Michael@TsivyanEsq.com

Attorney for Defendant THOMAS JAMES O'BRIEN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARVIN OLFATI,<br><br>Plaintiff<br>v.<br>CITY OF SACRAMENTO et al.,<br><br>Defendant | Case. No.: 2:23-cv-02547-JDP<br><br>NOTICE OF DEFENDANT THOMAS JAMES O'BRIEN RE JOINT STATUS REPORT<br><br>Action filed: November 6, 2023 |

On August 10 2026 the Court issued a minute order directing the parties to submit a joint status report within 14 days. *See* ECF 121. On August 24, 2026 the joint report was submitted by Plaintiff's counsel who unilaterally decided not to include in the report the position statement of Defendant THOMAS JAMES O'BRIEN ("O'Brien").[1] The Court is hereby notified that O'Brien concurs with and adopts the position statement of Defendant STEVEN MAVIGLIO.

DATE: August 25, 2026

LAW OFFICES OF MICHAEL TSIVYAN

By: /s/ Michael Tsivyan
Michael Tsivyan, attorney for
Defendant THOMAS JAMES O'BRIEN

[1] On August 14, 2026 O'Brien's counsel received from Plaintiff's counsel a draft of the joint status report. Later that day, at 2:58pm, O'Brien's counsel wrote an email to Plaintiff's counsel: "Please add the following to the joint statement: 'Defendant O'Brian concurs with and adopts the position statement of Defendant Steven Maviglio.'" At 3:43pm, Plaintiff's counsel responded to that email as follows: "There is no attached content, only 5 images. Please advise." At 6:08pm, O'Brien's counsel wrote: "I asked you to add one sentence to the joint statement. If you are unable to do so, please provide the latest version of the joint statement, in Word format, and I will add that sentence myself." Plaintiff's counsel did not respond in any way. At 11:44pm, he filed the joint statement without including in it O'Brien's position.